# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 25-3488MJ |
| Plaintiff, | **MATERIAL WITNESS ORDER** |
| v. | |
| Zhen Liu, | |
| Defendant. | |

Defendant Zhen Liu, having been charged in the District of Arizona with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (a)(1)(B)(ii) and the Court having determined from the affidavit of U.S. Border Patrol Agent Justin Cowan filed in this case, the following persons can provide testimony that is material to the offense(s) alleged in the Complaint:

**Victor Manuel Guzman Mendoza and Pablo Tlaxcala De Los Santos**

The Court finds that it may become impracticable to secure the presence of the witnesses by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this country.

**IT IS ORDERED** that the witnesses shall be detained pursuant to 18 U.S.C. § 3144 in a corrections facility separate, to the extent practicable, from person(s) awaiting or serving sentences or being held in custody pending appeal. The witnesses shall be afforded a reasonable opportunity for private consultation with counsel.

Dated this 15th day of December, 2025.

_____
Honorable Alison S. Bachus
United States Magistrate Judge